**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lazarus Industries, Inc** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5037920** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3403 Lake Shore Road**<br>**Buffalo, NY 14219**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Erie**<br>County | **Location of principal assets, if different from principal place of business**<br>**3403 Lakeshore Road Buffalo, NY 14219**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **Lasarusindustries.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 1-25-10417-CLB,   Doc 1,   Filed 04/16/25,   Entered 04/16/25 10:23:38,
Description: Main Document , Page 1 of 52

| Debtor | **Lazarus Industries, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2362

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Case 1-25-10417-CLB,   Doc 1,   Filed 04/16/25,   Entered 04/16/25 10:23:38,
Description: Main Document , Page 2 of 52

| Debtor | **Lazarus Industries, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

| Debtor | Lazarus Industries, Inc | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 16, 2025**
MM / DD / YYYY

**X /s/ Frank Lazarus**
Signature of authorized representative of debtor

**Frank Lazarus**
Printed name

Title **Managing Member**

**18. Signature of attorney**

**X /s/ FREDERICK J. GAWRONSKI**
Signature of attorney for debtor

Date **April 16, 2025**
MM / DD / YYYY

**FREDERICK J. GAWRONSKI 2767549**
Printed name

**COLLIGAN LAW, LLP**
Firm name

**12 FOUNTAIN PLAZA**
**SUITE 600**
**BUFFALO, NY 14202-3613**
Number, Street, City, State & ZIP Code

Contact phone **716-885-1150**   Email address **fgawronski@colliganlaw.com**

**2767549 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Lazarus Industries, Inc**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 16, 2025**          X **/s/ Frank Lazarus**
                                          Signature of individual signing on behalf of debtor

                                          **Frank Lazarus**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Lazarus Industries, Inc</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF NEW YORK</strong></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Skyworks, LLC 100 Thielman Drive Buffalo, NY 14206 | | Contract and Lawsuit filed | | | | $47,260.00 |
| Alp Steel 650 Exchange Street Buffalo, NY 14210 | | Purchase Steel | | | | $76,213.00 |
| Contractor Steel, LLC 36555 Amrhein Road Livonia, MI 48150 | | LAwsuit in Michigan | Disputed | | | $49,039.00 |
| Diane Price 10 Woodstream Trail Orchard Park, NY 14127 | | Contact Dispute - Lawsuit | Disputed Subject to Setoff | | | $107,000.00 |
| Frank Lazarus 3403 Lake Shore Road Buffalo, NY 14219 | | Loans to Company | | | | $156,331.00 |
| Gernatt Ashphalt Products 13870 Taylor Hollow Road Collins, NY 14034 | | Contract | | | | $59,462.00 |
| Great Lakes Industrial Development 500 Seneca Street Buffalo, NY 14204 | | Rent | | | | $32,450.00 |
| Green Mountain Electric Supply 356 Rathe Road Colchester, VT 05446 | | Supplies | | | | $42,220.00 |

Debtor  **Lazarus Industries, Inc**
_____      Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service Insolvency Unit 130 S. Elmwood Avenue Buffalo, NY 14202** | | **Tax** | | | | **$410,000.00** |
| **J Yim 6959 Goldfinch Court North Tonawanda, NY 14120** | | **Loans for Payroll and Business** | | | | **$677,582.00** |
| **Jonathan Price PO Box 70 Buffalo, NY 14220** | | **Contract** | | | | **$82,000.00** |
| **JTZ, LLC 3840 East Robinson Road Ste 264 Buffalo, NY 14228** | | **Loans for Payroll and business** | | | | **$611,335.00** |
| **NYS Dept of Taxation and Finance Bankruptcy Section PO Box 5300 Albany, NY 12205-0300** | | **Tax** | | | | **$125,000.00** |
| **NYS Insurance Fund 225 Oak Street Buffalo, NY 14203** | | **Worker's Compensation Audit subject to offsets** | **Disputed Subject to Setoff** | | | **$845,000.00** |
| **Sany New York 5105 Lockport Road Lockport, NY 14094** | | **Contract** | | | | **$44,050.00** |
| **Skyline Centro 5315 Lancelot Drive Charlotte, NC 28270-0419** | | **Judgment under Appeal** | **Disputed Subject to Setoff** | | | **$777,960.00** |
| **Skyworks LLC 100 Thielman Drive Buffalo, NY 14206** | | **Equipment Rental** | | | | **$47,255.00** |
| **Tight Holdings, LLC 2505 Main Street Buffalo, NY 14214** | | **Lawsuit subject to counter claims** | **Disputed Subject to Setoff** | | | **$1,600,000.00** |
| **Tomkins Bank 3140 Monroe Avenue Rochester, NY 14618** | | **All property. Blanket Security for SBA Loan** | | **$500,000.00** | **$500,000.00** | **$202,285.00** |
| **United Rentals, Inc PO Box 100711 Atlanta, GA 30384** | | **Equipment rental** | | | | **$35,200.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

**Fill in this information to identify the case:**

Debtor name    **Lazarus Industries, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................................    $      **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................    $      **882,200.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................    $      **882,200.00**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **1,416,368.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **549,708.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      **5,599,951.00**

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b       $      **7,566,027.00**

**Fill in this information to identify the case:**

Debtor name **Lazarus Industries, Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Lake Shore Savings Bank** | **Checking** | | **$10,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$10,000.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:          **60,000.00**          -          **0.00**          = ....          **$60,000.00**
face amount          doubtful or uncollectible accounts

Debtor   **Lazarus Industries, Inc**                                    Case number *(If known)* _____
_____
Name

| 11b. Over 90 days old: | 325,000.00 | - | 0.00 | =.... | $325,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $385,000.00 |
|---|

---

**Part 4:**   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** Steel Stock | 2/10/2025 | Unknown | N/A | $11,500.00 |

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

22.   **Other inventory or supplies**

23.   **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $11,500.00 |
|---|

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                     page 2

Debtor  **Lazarus Industries, Inc**  Case number *(if known)* _____
    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
       Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture **Miscellaneous Offfice Furnture** | **Unknown** | **N/A** | **$5,000.00** |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous Equipment** | **Unknown** | **N/A** | **$3,000.00** |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$8,000.00** |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2003 International.  Model. 4300.** **Miles 111,236** **Last 4 Vin:  5048** | **Unknown** | **N/A** | **$15,000.00** |
| 47.2. **2005 Ford E350.** **Miles 135,846** **Last 4 Vin:  0417** | **Unknown** | | **$3,000.00** |
| 47.3. **2007 Mitsubishi FUSO** **Miles:  126,846** **Last 4 Vin:  1039** | **$0.00** | | **$9,500.00** |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor   **Lazarus Industries, Inc**                        Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 47.4. | **2007 Ford F550**<br>**Miles: 220764**<br>**Last 4 Vin: 4059** | **Unknown** | | **$5,000.00** |
| 47.5. | **2003 Ford E250**<br>**Miles: 189,633**<br>**Last 4 Vin: 4827** | **Unknown** | | **$2,000.00** |
| 47.6. | **2008 Sterling 4500**<br>**Miles: 236,116**<br>**Last 4 Vin 2244** | **Unknown** | | **$7,500.00** |
| 47.7. | **2006 International 4300**<br>**Miles: 116,210**<br>**Last 4 Vin: 4537** | **Unknown** | **N/A** | **$12,500.00** |
| 47.8. | **2015 Mack GU715**<br>**Miles: 205,336**<br>**Last 4 VIN: 5751** | **Unknown** | **N/A** | **$75,000.00** |
| 47.9. | **2018 BR/MA  Dump Trailer**<br>**Last 4 Vin: 3286** | **Unknown** | **N/A** | **$5,000.00** |
| 47.10. | **2012 Cronkite Trailer**<br>**Last 4 Vin:  0188** | **Unknown** | **N/A** | **$2,500.00** |
| 47.11. | **2007 Millenium Trailer**<br>**Last 4 VIN:  0145** | **Unknown** | **N/A** | **$5,500.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **2005 ASV RC60 - Excavator** | **Unknown** | **N/A** | **$7,500.00** |
| 48.2. | **2018 Terex RT190 - Excavator**<br>**Hours 936** | **Unknown** | **N/A** | **$12,500.00** |
| 48.3. | **2019 ASV RC120 - Excavator**<br>**Hours 1126** | **Unknown** | | **$75,000.00** |
| 48.4. | **2022 Sany SY16 - Excavator**<br>**Hours 745** | **Unknown** | **N/A** | **$15,000.00** |
| 48.5. | **2021 Sany SY80 - Excavator**<br>**Hours 1078** | **Unknown** | **N/A** | **$75,000.00** |
| 48.6. | **2018 Sany SY215 - Excavator**<br>**Hours:  1146** | **Unknown** | **N/A** | **$99,000.00** |

Debtor    **Lazarus Industries, Inc**                          Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 48.7. | **2003 Sytrack 8042 - Excavator Hours 3716** | Unknown | N/A | $15,000.00 |
| 48.8. | **2016 Wacker Plate Tamper** | Unknown | N/A | $2,500.00 |
| 48.9. | **1997 JLG SJ45** | Unknown | N/A | Unknown |
| 48.10. | **2001 Niagara Shear** | Unknown | N/A | $7,500.00 |
| 48.11. | **1995 Niagara - Manual Break** | Unknown | N/A | $3,200.00 |
| 48.12. | **2018 Scotchman 55 ton Ironworker** | Unknown | N/A | $13,000.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                          | $467,700.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** **Lasarusindustries.com** | Unknown | N/A | Unknown |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    **Lazarus Industries, Inc**                                    Case number *(If known)* _____
            <sub>Name</sub>

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**

       Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| **$0.00** |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

       **Blue Eyed Baker**                                                                              **Unknown**

       | Nature of claim | **Breech of contract** |
       |---|---|
       | Amount requested | **$200,000.00** |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Case 1-25-10417-CLB,    Doc 1,    Filed 04/16/25,    Entered 04/16/25 10:23:38,
Description: Main Document  , Page 14 of 52

Debtor   **Lazarus Industries, Inc**
Name

Case number *(If known)* _____

■ No
☐ Yes

Debtor **Lazarus Industries, Inc**               Case number *(If known)* _____
        Name

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $385,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $467,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $882,200.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $882,200.00 |

**Fill in this information to identify the case:**

Debtor name    **Lazarus Industries, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **360 Finance**
Creditor's Name

**300 Beardsley Lane
Building D, Suite 201
Austin, TX 78746**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 ASV RC120 - Excavator
Hours 1126**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$95,000.00** | **$75,000.00**

---

**2.2** | **360 Finance**
Creditor's Name

**300 Beardsley Lane
Building D, Suite 201
Austin, TX 78746**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
Check all that apply

**Describe debtor's property that is subject to a lien**
**2022 Sany SY16 - Excavator
Hours 745**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$19,715.00** | **$15,000.00**

---

Debtor **Lazarus Industries, Inc**     Case number (if known) _____
_____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its
☐ Disputed
relative
priority.

---

| 2.3 | **BMO Bank** | Describe debtor's property that is subject to a lien | $32,168.00 | Unknown |

Creditor's Name

**1625W Fountainhead Pkwy**
**10th Floor**
**Tempe, AZ 85282**

Creditor's mailing address

**Equipment**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.4 | **Financial Pacific** | Describe debtor's property that is subject to a lien | $66,000.00 | $75,000.00 |

Creditor's Name

**3455 S 344th Way**
**STE 300**
**Auburn, WA 98001**

Creditor's mailing address

**2015 Mack GU715**
**Miles: 205,336**
**Last 4 VIN: 5751**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.5 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $185,000.00 | $185,000.00 |

Creditor's Name

**Insolvency Unit**
**130 S. Elmwood Avenue**
**Buffalo, NY 14202**

Creditor's mailing address

**All assets**

**Describe the lien**
**Federal Tax Liens**

**Is the creditor an insider or related party?**

■ No

---

Debtor **Lazarus Industries, Inc**
Name

Case number (if known) _____

---

Creditor's email address, if known _____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**June 2024**

No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Navitas Credit** | Describe debtor's property that is subject to a lien | $51,590.00 | $75,000.00 |

Creditor's Name

**203 Fort Wade Road**
**Suite 300**
**Ponte Vedra, FL 32081**

**2021 Sany SY80 - Excavator**
**Hours 1078**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Navitas Credit** | Describe debtor's property that is subject to a lien | $91,250.00 | $99,000.00 |

Creditor's Name

**203 Fort Wade Road**
**Suite 300**
**Ponte Vedra, FL 32081**

**2018 Sany SY215 - Excavator**
**Hours:  1146**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Rapid Finance** | Describe debtor's property that is subject to a lien | $64,893.00 | Unknown |

---

Case 1-25-10417-CLB,    Doc 1,    Filed 04/16/25,    Entered 04/16/25 10:23:38,
Description: Main Document  , Page 19 of 52

Debtor   **Lazarus Industries, Inc**
_____
Name

Case number (if known) _____

Creditor's Name
_____

**4500 East West Highway
6th Floor
Bethesda, MD 20814**

Creditor's mailing address
_____

Creditor's email address, if known
_____

**Date debt was incurred**

**October 6, 2022**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All Assets**

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Tomkins Bank** |
| --- | --- |

Creditor's Name
_____

**3140 Monroe Avenue
Rochester, NY 14618**

Creditor's mailing address
_____

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          $202,285.00          $202,285.00

**Blanket Lien.  Secured against all Assets**

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Tomkins Bank** |
| --- | --- |

Creditor's Name
_____

**3140 Monroe Avenue
Rochester, NY 14618**

Creditor's mailing address
_____

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**          $500,000.00          $500,000.00

**All property.  Blanket Security for SBA Loan**

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

Debtor **Lazarus Industries, Inc**
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Velocity Capital Group** | Describe debtor's property that is subject to a lien | $14,230.00 | $14,230.00 |
|---|---|---|---|---|

Creditor's Name

**333 Pearsall Avenue
Cedarhurst, NY 11516**

**All Tangible and intangalbe assets**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**March 6, 2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Vox Funding** | Describe debtor's property that is subject to a lien | $94,237.00 | $325,000.00 |
|---|---|---|---|---|

Creditor's Name

**100 Park Avenue
Floor 30
New York, NY 10017**

**Future receivable**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**October 2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,416,368.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor  **Lazarus Industries, Inc**
_____
Name

Case number (if known) _____

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202**<br>**Suite 101**<br>**Pomona, NY 10970** | Line **2.11** | |
| **Navitas Credit**<br>**201 Executive Center Drive**<br>**Suite 100**<br>**Columbia, SC 29210** | Line **2.6** | |
| **Navitas Credit**<br>**201 Executive Center Drive**<br>**Suite 100**<br>**Columbia, SC 29210** | Line **2.7** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

**Fill in this information to identify the case:**

Debtor name    **Lazarus Industries, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Unit**<br>**130 S. Elmwood Avenue**<br>**Buffalo, NY 14202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410,000.00** | **$410,000.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NYS Dept of Labor**<br>**Bureau of Public Work**<br>**295 Main Street**<br>**Ste 904**<br>**Buffalo, NY 14203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,708.00** | **$14,708.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Underpaid Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Lazarus Industries, Inc**
_____    Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125,000.00 | $125,000.00 |

2.3 Priority creditor's name and mailing address

**NYS Dept of Taxation and Finance**
**Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:    $125,000.00   $125,000.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $47,260.00 |

3.1 Nonpriority creditor's name and mailing address

**Skyworks, LLC**
**100 Thielman Drive**
**Buffalo, NY 14206**

As of the petition filing date, the claim is: _Check all that apply._    $47,260.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Various**
Last 4 digits of account number   _

Basis for the claim:   **Contract and Lawsuit filed**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.2 Nonpriority creditor's name and mailing address

**5 Star Roofing Consultants**
**1320 Military Road**
**Buffalo, NY 14217**

As of the petition filing date, the claim is: _Check all that apply._    $16,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _
Last 4 digits of account number   _

Basis for the claim:   **subcontractor**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

3.3 Nonpriority creditor's name and mailing address

**Alp Steel**
**650 Exchange Street**
**Buffalo, NY 14210**

As of the petition filing date, the claim is: _Check all that apply._    $76,213.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Various**
Last 4 digits of account number   _

Basis for the claim:   **Purchase Steel**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

3.4 Nonpriority creditor's name and mailing address

**American Express Corporate Platinum**
**PO Box 981535**
**El Paso, TX 79998-1535**

As of the petition filing date, the claim is: _Check all that apply._    $31,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Various**
Last 4 digits of account number   _

Basis for the claim:   **Credit Card Charges**

Is the claim subject to offset?   ■ No   ☐ Yes

---

3.5 Nonpriority creditor's name and mailing address

**Contractor Steel, LLC**
**36555 Amrhein Road**
**Livonia, MI 48150**

As of the petition filing date, the claim is: _Check all that apply._    $49,039.00
☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred   _
Last 4 digits of account number   _

Basis for the claim:   **LAwsuit in Michigan**

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **Lazarus Industries, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6** Nonpriority creditor's name and mailing address

**D&H Excavation**
**11939 NY 98**
**Arcade, NY 14009**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$29,529.00**

---

**3.7** Nonpriority creditor's name and mailing address

**Diane Price**
**10 Woodstream Trail**
**Orchard Park, NY 14127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Contact Dispute - Lawsuit__

Is the claim subject to offset? ☐ No ■ Yes

**$107,000.00**

---

**3.8** Nonpriority creditor's name and mailing address

**Elan Financial Services**
**PO Box 108**
**Saint Louis, MO 63166**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credt card__

Is the claim subject to offset? ■ No ☐ Yes

**$21,134.00**

---

**3.9** Nonpriority creditor's name and mailing address

**Empire Erectors**
**PO Box 1066**
**Buffalo, NY 14220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

**$15,100.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Frank Lazarus**
**3403 Lake Shore Road**
**Buffalo, NY 14219**

Date(s) debt was incurred  __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loans to Company__

Is the claim subject to offset? ■ No ☐ Yes

**$156,331.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Gernatt Ashphalt Products**
**13870 Taylor Hollow Road**
**Collins, NY 14034**

Date(s) debt was incurred  __Various__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contract__

Is the claim subject to offset? ■ No ☐ Yes

**$59,462.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Great Lakes Industrial Development**
**500 Seneca Street**
**Buffalo, NY 14204**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

**$32,450.00**

---

Case 1-25-10417-CLB,   Doc 1,   Filed 04/16/25,   Entered 04/16/25 10:23:38,
Description: Main Document  , Page 25 of 52

| Debtor | **Lazarus Industries, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,220.00**

**Green Mountain Electric Supply**
**356 Rathe Road**
**Colchester, VT 05446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,206.00**

**Hanes Supply**
**55 James E Casey Drive**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,200.00**

**Hilti**
**4974 Harlem Road**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,800.00**

**Intuit**
**Grant Richards In.**
**5858 Westheimer Road**
**Ste 500**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unemployment reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$677,582.00**

**J Yim**
**6959 Goldfinch Court**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Loans for Payroll and Business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,000.00**

**Jonathan Price**
**PO Box 70**
**Buffalo, NY 14220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$611,335.00**

**JTZ, LLC**
**3840 East Robinson Road**
**Ste 264**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Loans for Payroll and business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Lazarus Industries, Inc**
_____
    Name

Case number *(if known)* _____

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**LafargeHolcim**
**575 Ohio Steet**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Contract - Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**LW Supply**
**550 W. Adams Street**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,800.00 |
|---|---|---|---|

**National Fuel Gas Company**
**409 Main Street**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Gas**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**National Grid**
**PO Box 371376**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,600.00 |
|---|---|---|---|

**National Overhead Door**
**5880 New Taylor Road**
**Orchard Park, NY 14127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,325.00 |
|---|---|---|---|

**National Trench Safety**
**PO Box 51373**
**Los Angeles, CA 90051-5673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equipment rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,100.00 |
|---|---|---|---|

**NOCO**
**700 Grand Island Blvd**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Lazarus Industries, Inc**
_____   Case number (if known) _____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,620.00** |
|---|---|---|---|

Northwest Bank
100 Liberty Street
PO Box 1793
Warren, PA 16365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Charge Off**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$845,000.00** |
|---|---|---|---|

NYS Insurance Fund
225 Oak Street
Buffalo, NY 14203

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Worker's Compensation Audit subject to offsets**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$950.00** |
|---|---|---|---|

Paychex Retirement Services
1175 John Street
West Henrietta, NY 14586

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **retirement planning services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,660.00** |
|---|---|---|---|

Petrocard
PO Box 34243
Seattle, WA 98124-1243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Gas purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

Principal
711 High Street
Des Moines, IA 50392

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premium on cancelled policy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,350.00** |
|---|---|---|---|

Rentals To Go
PO Box 336
Canajoharie, NY 13317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment/tool rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,050.00** |
|---|---|---|---|

Sany New York
5105 Lockport Road
Lockport, NY 14094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Lazarus Industries, Inc**                          Case number (if known) _____
_____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $777,960.00 |
|---|---|---|---|

**Skyline Centro**
**5315 Lancelot Drive**
**Charlotte, NC 28270-0419**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Judgment under Appeal__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,255.00 |
|---|---|---|---|

**Skyworks LLC**
**100 Thielman Drive**
**Buffalo, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Equipment Rental__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,100.00 |
|---|---|---|---|

**Thomann Ashphalt Corp**
**56 Gunnville Road**
**Lancaster, NY 14086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600,000.00 |
|---|---|---|---|

**Tight Holdings, LLC**
**2505 Main Street**
**Buffalo, NY 14214**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lawsuit subject to counter claims__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,820.00 |
|---|---|---|---|

**Trimline Windows**
**50 Louise Dirve**
**Ivyland, PA 18974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,200.00 |
|---|---|---|---|

**United Rentals, Inc**
**PO Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Equipment rental__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,800.00 |
|---|---|---|---|

**Zoladz Construction**
**13600 Railroad Street**
**Alden, NY 14004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Case 1-25-10417-CLB,   Doc 1,   Filed 04/16/25,   Entered 04/16/25 10:23:38,
Description: Main Document , Page 29 of 52

Debtor  **Lazarus Industries, Inc**  Case number (if known) _____
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Brown & Joseph, LTD**<br>**One Pierce Place**<br>**Ste 700**<br>**Itasca, IL 60143** | Line **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Francis Weimer, Esq**<br>**43 Court Street**<br>**Ste 730**<br>**Buffalo, NY 14202** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Getman & Biryla, LLP**<br>**800 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, NY 14203-1995** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Getman & Biryla, LLP**<br>**800 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, NY 14203-1995** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **Pollock Cohen LLP**<br>**111 Broadway, Suite 1804**<br>**New York, NY 10006** | Line **3.34**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Rhett A. Frimet, PC**<br>**10 East 40th Street**<br>**46th Floor**<br>**New York, NY 10016** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 **Ronald Rich & Associates**<br>**30665 Nortwestern HWy**<br>**Suite 280**<br>**Farmington, MI 48334** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 **Rupp Pfalzgraf, LLC**<br>**1600 Liberty Building**<br>**424 Main Street**<br>**Buffalo, NY 14202** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 **Sunrise Credit Services**<br>**PO Box 9004**<br>**Melville, NY 11747** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 549,708.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,599,951.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,149,659.00 |

**Fill in this information to identify the case:**

Debtor name    **Lazarus Industries, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for business location** | |
| State the term remaining    **8 years** | **Great Lakes Industrial Development** |
| List the contract number of any government contract _____ | **500 Seneca Street** **Buffalo, NY 14204** |

**Fill in this information to identify the case:**

Debtor name    **Lazarus Industries, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Frank Lazarus** | **3403 Lake Shore Road Suite 3 Buffalo, NY 14219** | **Tomkins Bank** | ■ D    **2.9** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Frank Lazarus** | **3403 Lake Shore Road Suite 3 Buffalo, NY 14219** | **Tomkins Bank** | ■ D    **2.10** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Frank Lazarus** | **3403 Lake Shore Road Suite 3 Buffalo, NY 14219** | **Contractor Steel, LLC** | ☐ D _____ <br> ■ E/F    **3.5** <br> ☐ G _____ |
| 2.4 **Frank Lazarus** | **3403 Lake Shore Road Suite 3 Buffalo, NY 14219** | **LafargeHolcim** | ☐ D _____ <br> ■ E/F    **3.20** <br> ☐ G _____ |

Debtor **Lazarus Industries, Inc** _____  Case number _(if known)_ _____

| | | Additional Page to List More Codebtors |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|

| 2.5 | **Frank Lazarus** | **3403 Lake Shore Road**<br>**Suite 3**<br>**Buffalo, NY 14219** | **Skyworks LLC** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.6 | **Frank Lazarus** | **3403 Lake Shore Road**<br>**Suite 3**<br>**Buffalo, NY 14219** | **NOCO** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.7 | **Frank Lazarus** | **3403 Lake Shore Road**<br>**Suite 3**<br>**Buffalo, NY 14219** | **Elan Financial Services** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |

Case 1-25-10417-CLB,    Doc 1,    Filed 04/16/25,    Entered 04/16/25 10:23:38,
Description: Main Document  , Page 33 of 52

**Fill in this information to identify the case:**

Debtor name    **Lazarus Industries, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$262,054.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$5,060,882.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,719,102.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Lazarus Industries, Inc**      Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **Cincinatti Insurance** | **January 5, 2025** | **$21,940.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.2.   **John Yim** | **February 14, 2025** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Payroll Loan** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Tight Holdings v. Lazarus Industries, LLC, et al**<br>**800374/2024** | **Commercial Division** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Lazarus Industries, Inc**      Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Commissioners of the State Insurance Fund v Lazarus Industries, LLC**<br>**801239/2024** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Cooperstown Experience, LLC v Lazarus Industries, LLC**<br>**802755/2025** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Diane Price v Lazarus Industries, LLC**<br>**803000/2025** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Holcim Inc. v. Lazarus Industries, LLC**<br>**803661/2025** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **NOCO Inc. v. Lazarus Industries, Inc.**<br>**811097/2024** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Skyline Centro, LLC v Lazarus Industries, LLC**<br>**812640/2019** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.8. | **Lazarus Consturctin Corp v Skyline Centro Urban Development, Et, al**<br>**812640/2019** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.9. | **Skyworks, LLC v Lazarus Industries, LLC**<br>**813783/2024** | **Contract** | **NYS Supreme Court**<br>**50 Delaware Ave**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **contactor Steel v Lazarus Industries, LLC** | **Contract** | **Michigan Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

  ■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

  ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Case 1-25-10417-CLB,    Doc 1,    Filed 04/16/25,    Entered 04/16/25 10:23:38,
Description: Main Document , Page 36 of 52

Debtor    **Lazarus Industries, Inc**          Case number *(if known)* _____

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **COLLIGAN LAW, LLP**<br>**12 FOUNTAIN PLAZA**<br>**SUITE 600**<br>**BUFFALO, NY 14202-3613** | **Attorney Fees** | **March 17, 2025** | **$15,000.00** |
| | Email or website address<br>**fgawronski@colliganlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Lazarus Industries, Inc**     Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **382 High Street Buffalo, NY 14203** | **April 1, 2022 - March 31 2025** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Northwest Bank 100 Liberty Street PO Box 1793 Warren, PA 16365** | **XXXX-6010** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **July 2024** | **$0.00** |
| 18.2. | **Northwest Bank 100 Liberty Street PO Box 1793 Warren, PA 16365** | **XXXX-6002** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **July 2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Lazarus Industries, Inc**                                    Case number *(if known)*

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

Debtor  **Lazarus Industries, Inc** _____  Case number *(if known)* _____

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Whitmore Tax**<br>**5806 East Lane**<br>**Lake View, NY 14085** | **July 2024 - current** |
| 26a.2. | **Renda & Renda**<br>**525 Aero Drive**<br>**Buffalo, NY 14225-8000** | **February 2021 -**<br>**December 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Frank Lazarus** | **382 High Street**<br>**Buffalo, NY 14204** | **Managing Member** | **100** |

Debtor  **Lazarus Industries, Inc** _____  Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| John Yim | 6959 Gold Finch court North Tonawanda, NY 14120 | CFO | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| PAychex Retirement 401k | EIN: XX-XXX7920 |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 16, 2025** _____

**/s/ Frank Lazarus** _____          **Frank Lazarus** _____
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor  **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of New York

In re __Lazarus Industries, Inc__                      Case No. _____

                                                   Debtor(s)            Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   For legal services, I have agreed to accept ........................................ $ _____

   Prior to the filing of this statement I have received ...................... $ _____

   Balance Due .................................................................................. $ _____

   ☑ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of .............. $     **15,000.00**

   The undersigned shall bill against the retainer at an hourly rate of ............ $     **395.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
        **Prepare motions including but not limited to attorney retention and representation, accountant retention and representation, adequate protection, cash collateral and cash maintenance, et al for a proposed reorganization.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re  **Lazarus Industries, Inc** _____     Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 16, 2025** _____ | **/s/ FREDERICK J. GAWRONSKI** _____ |
| _Date_ | **FREDERICK J. GAWRONSKI 2767549** |
| | _Signature of Attorney_ |
| | **COLLIGAN LAW, LLP** |
| | **12 FOUNTAIN PLAZA** |
| | **SUITE 600** |
| | **BUFFALO, NY 14202-3613** |
| | **716-885-1150  Fax: 716-885-4662** |
| | **fgawronski@colliganlaw.com** _____ |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Western District of New York

In re   **Lazarus Industries, Inc**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Frank Lazarus** | **Common** | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 16, 2025**

Signature   **/s/ Frank Lazarus**

**Frank Lazarus**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of New York

In re   **Lazarus Industries, Inc** _____    Case No. _____

                                           Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 16, 2025** _____      **/s/ Frank Lazarus** _____

                                          **Frank Lazarus**/**Managing Member**
                                          Signer/Title

Skyworks, LLC
100 Thielman Drive
Buffalo, NY 14206


360 Finance
300 Beardsley Lane
Building D, Suite 201
Austin, TX 78746


5 Star Roofing Consultants
1320 Military Road
Buffalo, NY 14217


Alp Steel
650 Exchange Street
Buffalo, NY 14210


American Express Corporate Platinum
PO Box 981535
El Paso, TX 79998-1535


Berkovitch & Bouskila, PLLC
1545 U.S. 202
Suite 101
Pomona, NY 10970


BMO Bank
1625W Fountainhead Pkwy
10th Floor
Tempe, AZ 85282


Brown & Joseph, LTD
One Pierce Place
Ste 700
Itasca, IL 60143


Contractor Steel, LLC
36555 Amrhein Road
Livonia, MI 48150


D&H Excavation
11939 NY 98
Arcade, NY 14009

Diane Price
10 Woodstream Trail
Orchard Park, NY 14127


Elan Financial Services
PO Box 108
Saint Louis, MO 63166


Empire Erectors
PO Box 1066
Buffalo, NY 14220


Financial Pacific
3455 S 344th Way
STE 300
Auburn, WA 98001


Francis Weimer, Esq
43 Court Street
Ste 730
Buffalo, NY 14202


Frank Lazarus
3403 Lake Shore Road
Buffalo, NY 14219


Gernatt Ashphalt Products
13870 Taylor Hollow Road
Collins, NY 14034


Getman & Biryla, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203-1995


Great Lakes Industrial Development
500 Seneca Street
Buffalo, NY 14204


Green Mountain Electric Supply
356 Rathe Road
Colchester, VT 05446

Hanes Supply
55 James E Casey Drive
Buffalo, NY 14206


Hilti
4974 Harlem Road
Buffalo, NY 14226


Internal Revenue Service
Insolvency Unit
130 S. Elmwood Avenue
Buffalo, NY 14202


Intuit
Grant Richards In.
5858 Westheimer Road
Ste 500
Houston, TX 77057


J Yim
6959 Goldfinch Court
North Tonawanda, NY 14120


Jonathan Price
PO Box 70
Buffalo, NY 14220


JTZ, LLC
3840 East Robinson Road
Ste 264
Buffalo, NY 14228


LafargeHolcim
575 Ohio Steet
Buffalo, NY 14203


LW Supply
550 W. Adams Street
Chicago, IL 60661


National Fuel Gas Company
409 Main Street
Buffalo, NY 14203

National Grid
PO Box 371376
Pittsburgh, PA 15250


National Overhead Door
5880 New Taylor Road
Orchard Park, NY 14127


National Trench Safety
PO Box 51373
Los Angeles, CA 90051-5673


Navitas Credit
203 Fort Wade Road
Suite 300
Ponte Vedra, FL 32081


Navitas Credit
201 Executive Center Drive
Suite 100
Columbia, SC 29210


NOCO
700 Grand Island Blvd
Tonawanda, NY 14150


Northwest Bank
100 Liberty Street
PO Box 1793
Warren, PA 16365


NYS Dept of Labor
Bureau of Public Work
295 Main Street
Ste 904
Buffalo, NY 14203


NYS Dept of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300


NYS Insurance Fund
225 Oak Street
Buffalo, NY 14203

Paychex Retirement Services
1175 John Street
West Henrietta, NY 14586


Petrocard
PO Box 34243
Seattle, WA 98124-1243


Pollock Cohen LLP
111 Broadway, Suite 1804
New York, NY 10006


Principal
711 High Street
Des Moines, IA 50392


Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814


Rentals To Go
PO Box 336
Canajoharie, NY 13317


Rhett A. Frimet, PC
10 East 40th Street
46th Floor
New York, NY 10016


Ronald Rich & Associates
30665 Nortwestern HWy
Suite 280
Farmington, MI 48334


Rupp Pfalzgraf, LLC
1600 Liberty Building
424 Main Street
Buffalo, NY 14202


Sany New York
5105 Lockport Road
Lockport, NY 14094

Skyline Centro
5315 Lancelot Drive
Charlotte, NC 28270-0419


Skyworks LLC
100 Thielman Drive
Buffalo, NY 14206


Sunrise Credit Services
PO Box 9004
Melville, NY 11747


Thomann Ashphalt Corp
56 Gunnville Road
Lancaster, NY 14086


Tight Holdings, LLC
2505 Main Street
Buffalo, NY 14214


Tomkins Bank
3140 Monroe Avenue
Rochester, NY 14618


Trimline Windows
50 Louise Dirve
Ivyland, PA 18974


United Rentals, Inc
PO Box 100711
Atlanta, GA 30384


Velocity Capital Group
333 Pearsall Avenue
Cedarhurst, NY 11516


Vox Funding
100 Park Avenue
Floor 30
New York, NY 10017


Zoladz Construction
13600 Railroad Street
Alden, NY 14004

# United States Bankruptcy Court
## Western District of New York

In re   **Lazarus Industries, Inc**
_____

                                    Debtor(s)

Case No.   _____

Chapter   **11**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lazarus Industries, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 16, 2025**
_____
Date

**/s/ FREDERICK J. GAWRONSKI**
_____
**FREDERICK J. GAWRONSKI 2767549**
Signature of Attorney or Litigant
Counsel for   **Lazarus Industries, Inc**
**COLLIGAN LAW, LLP**
**12 FOUNTAIN PLAZA**
**SUITE 600**
**BUFFALO, NY 14202-3613**
**716-885-1150 Fax:716-885-4662**
**fgawronski@colliganlaw.com**