| | |
|---|---|
| In re: | Case No. 25-10417-CLB |
| Lazarus Industries, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 06, 2025 | Form ID: dfyntc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lazarus Industries, LLC, 3403 Lake Shore Road, Buffalo, NY 14219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 08, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Sarzynski | on behalf of Notice of Appearance Creditor Thomann Asphalt Paving Corp. sarzynski@rupppfalzgraf.com hill@rupppfalzgraf.com;greenlief@rupppfalzgraf.com;sarzynski@rupppfalzgraf.com;wisniewski@rupppfalzgraf.com |
| Frederick J. Gawronski | on behalf of Debtor Lazarus Industries  LLC fgawronski@colliganlaw.com, gawronskifr76721@notify.bestcase.com |
| Joseph W. Allen | USTPRegion02.bu.ecf@usdoj.gov  Joseph.W.Allen@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No.: 1−25−10417−CLB |
| Lazarus Industries, LLC | Chapter: 11 |
| | Tax ID: 45−5037920 |
| Debtor(s) | |

## DEFICIENCY NOTICE

Docket # *30* − Amended Schedules and/or Statements filed: Creditor List. This Filing includes: Adding Creditors. Fee Amount $ 34. Filed on behalf of Debtor Lazarus Industries, LLC. (Attachments: # 1 Cover Sheet) Filed by Attorney (Gawronski, Frederick)

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[ ] Amendment:
 [ ] Amended Schedules must be served upon the supplemental creditors.
 [ ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the new creditors was not filed. The Court will not determine which creditors are being added.
   To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[ ] Certificate of Personal Financial Management Course Completion (aka Certificate of Debtor Education) is missing. Official Form 423 was discontinued as of December 1, 2024 and can no longer be used to fulfill this requirement. Without this Certificate, this case will be closed without entry of a discharge order.
   To efile: Bankruptcy > Other > Financial Management Course Certificate.

[ ] The caption on the document filed does not match the case caption in CM/ECF.

[ ] Cover Sheet:

[ ] Certificate of service:

[ ] Proposed Order:

[ X ] Other: The creditor US Small Business Administration has not been scheduled. Please file the appropriate schedule listing this creditor.

Also, the creditor list has an amended address for the debtor. If the debtor's address is being amended please file an amended Official Form 101.

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362−3281. Motion Practice can be found on the Court's website at: www.nywb.uscourts.gov*

[ ] This motion **WILL NOT** be considered by the Court.
[ ] To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.
[ ] To efile, **Bankruptcy >**

**\*Questions regarding this notice should be directed to the Buffalo Clerk's Office at 716−362−3200.**

| | |
|---|---|
| Date: May 6, 2025 | Lisa Bertino Beaser, Clerk of the Bankruptcy Court |
| | By: M. Pinto, Deputy Clerk |

Form dfyother/Doc 34
www.nywb.uscourts.gov